IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| **IN RE:** | * | **Case # 97-14400 (ESL)** |
| | * | **Chapter 7 (Asset Case)** |
| **ALFONSO HERNANDEZ ORTIZ** | * | |
| **TRUSTEE** | * | |
| **WIGBERTO LUGO MENDER** | | |
| | * | |
| ************************* | * | |

**APPLICATION FOR COMPENSATION OF SPECIAL COUNSEL**

**TO THE HONORABLE COURT:**

**COMES NOW,** Garcia- Arregui & Fullana PSC and very respectfully states and prays:

1. On December 12, 2006, applicant was retained by the trustee as special counsel pursuant to the provisions of section 327 of the Bankruptcy Code. 11 U.S.C.A. ' 327; to represent the trustee.

2. Applicant in the fulfillment of its duties as special counsel for trustee has had numerous conferences with trustee as well as counsel for other parties including, counsel for counsel for Scotiabank and other related to a complaint filed for foreclosure of property on which the Estate has a real property interest. Regarding said foreclosure proceedings, the same concluded after the interest that the Estate had on special partnership Heroal S.E. was bought for the amount of $45,000.00 for the benefit of the Estate. ( see dockets 1306, 1307,1310 )Special counsel has appeared before this Honorable Court and before the State Court at all instances required representing the interest of the Estate and its Trustee.

3 resolution by the Bankruptcy Court. Additionally counsel is addressing a collection and foreclosure matter filed by Scotiabank pertaining to property originally included as

1

4. Attached hereto and made parte hereof is a statement showing with more detail and particularity the services rendered by applicant extracted from Applicant's time records; for the time period of November 1, 2015 up and including March 31, 20165

6. Applicant has performed the services which will be set forth in hereto and which services have been performed on an hourly basis, at a the rate of $200.00 per hour for Isabel M. Fullana admitted to practice before the Supreme Court of Puerto Rico on November 6, 1979. Associates work is charged on an hourly basis at the rate of 125.00. Paralegal work is charged on an hourly basis at rate of $90.00 per hour. The aforesaid rates are considered to be reasonable considering the nature of the case, the work performed and which are similar to the rates charged by applicant to non-bankruptcy clients for similar services.

7. The source of the funds to be paid to Applicant by Trustee if authorized by this Honorable court, shall be from Estate's funds available and or in the custody of the Trustee.

8. As set forth the total services performed by Garcia- Arregui & Fullana Law Firm amounts to $ 5,922.50 and $ 89.44 for expenses.

9. There is no agreement on the part of Applicant for the sharing of any of the compensation received or to be received, except customary payments to members, partners and regular associates of the firm.

10. Applicant has forwarded copy of this application to the trustee who has determined that the fees requested are fair and reasonable.

## NOTICE

Unless an objection to the Application is filed **within twenty one (21) days** from service of this notice, an order may be entered approving the same without an actual hearing and should a timely objection be filed, the Court will then schedule a hearing.

**WHEREFORE**, it is respectfully prayed that an order be entered approving the present application for compensation as special counsel for $5,922.50and $ 89.44 for expenses due to applicant and for any other and further relief as it may seem just and proper.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico, this7th day of April 2016

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing with the Clerk of the Bankruptcy Court using CM/ECF system which will send electronic notification to the following, Trustee Wigberto Lugo Mender ,the US trustee=s office and to any other party in interest that has requested notice.

S/ ISABEL M FULLANA
GARCIA- ARREGUI **& FULLANA**
**252Ponce de Leon Ave**
**Suite 1101 Citibank Tower**
**San Juan, PR 00918**
 **TEL 787-766-2530**
 **FAX 787-756-7800**
USDC# 126802
Email: ifullana@garciaarreguifullanalaw.com
Email: isabelfullana@gmail.com

3

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY

The undersigned certifies under penalty of perjury that he has read the foregoing application subscribed by him, and to the best of his knowledge and belief formed after reasonable inquiry the compensation and expense reimbursement sought conform to the United States Bankruptcy Court for the District of Puerto Rico's Guideline for Compensation and Expense Reimbursement for Professional the fee for services is billed in accordance with the practice no less favorable to the Debtor that those customary utilized by Applicant generally.

S/ Isabel M. Fullana

# GARCIA-ARREGUI & FULLANA LAW OFFICES

252 Ave. Ponce de León
Citibank Tower, Suite 1101
San Juan, PR 00918
Tel: (787) 766-2530
Fax: (787) 756-7800

Alfonso Hernandez Ortiz
2225 PONCE BY PASS
SUITE 709
PONCE PR 00717-1379

April 06, 2016

Invoice # 11057

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/12/2015 | IMF | Draft application for compensation notice to creditors. | 1.50 | 300.00 |
| 11/17/2015 | EDC | phone call with Atty. Lemuel Negron regarding CRIM debt certification of Parra Building Apartment. | 0.20 | 25.00 |
| 11/18/2015 | EDC | Drafted memo to client explaining case status and possible new strategy. | 2.30 | 287.50 |
| 11/23/2015 | IMF | Phone conference / RE: reply to memo. | 0.60 | 120.00 |
| 11/25/2015 | EDC | Email to client. | 0.60 | 75.00 |
| 12/4/2015 | IMF | Draft motion, no objection to fees. | 0.60 | 120.00 |
| 12/10/2015 | IMF | Re: Offer from Lic. Negron, Discussion and confirmation of terms of offer. | 0.60 | 120.00 |
| 12/11/2015 | EDC | Drafted memo to client regarding offer received from Atty. Negrón. | 1.40 | 175.00 |
| 12/14/2015 | IMF | Review final draft of memo to Lic. Lugo. Re: offer. | 0.60 | 120.00 |
| | EDC | Drafted memo to client regarding offer from Dr. Hernández and recommendation after talking to Atty. Negrón. | 1.50 | 187.50 |
| | IMF | phone conference Lic. Negron, RE: offer regarding participation in special partnership. | 0.60 | 120.00 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 12/18/2015 | EDC | Amendment draft of letter of counter offer to Atty. Lemuel Negron, RE: apartment in Parra building. | 1.00 | 125.00 |
|  | IMF | Review final draft letter to Lic Lemuel, RE: offer and signing. | 0.60 | 120.00 |
| 1/15/2016 | IMF | Lemuel Negron / confirmation of offer phone call to Lic. Lugo to inform the same. | 0.30 | 60.00 |
| 1/26/2016 | IMF | Review draft notice of proposed sale. | 0.60 | 120.00 |
| 2/12/2016 | IMF | Phone conference with trustee, RE: tender payment of offer to buy participation, special partnership HEORAL, Conference with trustee. | 0.80 | 160.00 |
| 2/15/2016 | EDC | Meeting and discussion with Atty. Fullana as to notice and objection language to be included in notice of sale. | 0.80 | 100.00 |
|  | EDC | Amendment notice of sale of HEORAL participation to debtor. | 1.20 | 150.00 |
|  | IMF | Discussion amended notice of sale. | 0.60 | 120.00 |
| 2/16/2016 | EDC | Drafted certificate of service of the servicing of Notice of Sale. | 0.60 | 75.00 |
|  | SUBTOTAL: |  | [ 17.00 | 2,680.00] |

**HEORAL**

| 11/16/2015 | IMF | Status apelacion / informacion; solicitando a Lic. Balzac / Lic. Negron. | 0.60 | 120.00 |
|---|---|---|---|---|
| 11/17/2015 | EDC | phone call with Atty. Balzac regarding debt certification and sworn summons. | 0.30 | 37.50 |
| 11/18/2015 | EDC | Meeting with Atty. Fullana to discuss strategy and possible dismissal of complaint for lack of serve of summons. | 0.60 | 75.00 |
|  | EDC | Meeting with Atty. Fullana to discuss strategy of case in with of last court order and decision to appeal. | 0.50 | 62.50 |
|  | IMF | Discussion as to new defenses and motion to dismiss complaint. | 0.80 | 160.00 |
| 11/24/2015 | EDC | Receipt, review and lodging of email from plaintiff regarding production of documents. | 0.30 | 37.50 |
|  | EDC | Drafted motion to dismiss. | 2.80 | 350.00 |
| 11/27/2015 | IMF | Receipt new lodging email from Lic. Lugo, RE: authorization to file motion HEORAL. | 0.60 | 120.00 |

Alfonso Hernandez Ortiz                                                                                       Page   3

|            |     |                                                                                                                                      | Hours | Amount   |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 12/7/2015  | EDC | Review and analyzed letter sent by clerk regarding Heoral previous appearance. Checked documents and found the Atty. Gaillardia appeared on behalf of Heoral. | 1.20  | 150.00   |
| 12/8/2015  | IMF | Conference, documents pertaining to appearance by Heoral. | 0.60  | 120.00   |
| 12/9/2015  | IMF | Receipt, review and lodging of memo from Lic. Negron as to property value. Email to Lic. Lugo. | 0.80  | 160.00   |
| 12/21/2015 | IMF | Receipt, review and lodging - reply to motion of dismiss. Discussion with Capdevila as a response to same. | 0.80  | 160.00   |
|            | EDC | Meeting with Atty. Fullana regarding opposition to dismissal and discussion as to strategy. | 0.80  | 100.00   |
|            | EDC | Drafted reply motion to Scotiabank's opposition to dismissal. | 3.80  | 475.00   |
| 12/28/2015 | EDC | Review and analyzed court order. RE: Motion to dismiss. | 0.10  | 12.50    |
| 1/26/2016  | EDC | Drafted motion for notice of proposed sale of the estate's interest in Heoral, S.E. | 1.50  | 187.50   |
| 3/11/2016  | EDC | Drafted partnership purchase agreement. | 1.60  | 200.00   |
|            | EDC | Amendment draft of contract as instructed by Atty. Fullana. | 0.40  | 50.00    |
|            | EDC | Drafted motion for Entry of Order for sale to be Free and Clear of liens. | 1.30  | 162.50   |
|            | EDC | Email to Lemuel Negron, RE: sales contract. | 0.30  | 37.50    |
| 3/14/2016  | IMF | Phone call to Lic Lugo's office, RE: signing of counter part of sale agreement. | 0.60  | 120.00   |
| 3/15/2016  | IMF | Review draft proposed order. | 0.60  | 120.00   |
|            | EDC | Drafted proposed order as requested from Court's law clerk. | 0.80  | 100.00   |
| 3/16/2016  | EDC | Phone call with Lemuel Negron, RE: partnership sale agreement. | 0.30  | 37.50    |
|            | EDC | Email to Lemuel Negron, RE: HEORAL sale agreement. | 0.30  | 37.50    |
| 3/29/2016  | EDC | Email exchange with Mr. Lugo. Re: sale report of Heoral S.E. | 0.40  | 50.00    |

                        SUBTOTAL:                                                                       [    22.70      3,242.50]

                        For professional services rendered                                                   39.70      $5,922.50

Alfonso Hernandez Ortiz                                                                                      Page    4

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Isabel M. Fullana | 12.80 | 200.00 | $2,560.00 |
| capdevila | 26.90 | 125.00 | $3,362.50 |

### Additional Charges :

| Date | Description | Amount |
|---|---|---|
| 11/12/2015 | Doc 1301 filed 11/12/15 - Notice and certificate of mailing. | 5.30 |
| 11/30/2015 | Moción en sol de Desestimación Parcial. | 3.00 |
|  | Postage: Moción en solicitud de Desestimación Parcial. | 3.00 |
| 12/15/2015 | Memorandum a Lcdo. W. Lugo. | 0.20 |
| 12/18/2015 | Postage: carta a Lcdo Negrón. | 0.50 |
|  | Carta a Lcdo. Negrón. | 0.20 |
| 12/21/2015 | Replica a oposición A sol de Desestimación Parcial. | 3.60 |
|  | Delivery Cost<br>Radicar Tribunal, Replica a Oposición a sol de Desestimación Parcial. | 10.00 |
| 12/22/2015 | Fax: Replica a Oposición a sol de Desestimación Parcial enviada al Lcdo Balzac. | 1.40 |
| 12/23/2015 | Postage: Replica a Oposición a sol de Desestimación Parcial. | 1.44 |
| 1/4/2016 | Delivery Cost Oficina del Lcdo Wilberto Lugo | 10.00 |
| 2/15/2016 | Doc. 1307 filed 02/15/16 - Amended notice of proposed private sale. | 14.40 |
| 3/3/2016 | Postage: Doc 1307 filed 02/15/16 - Amended notice of proposed private sale. | 36.00 |
| 3/15/2016 | Special Partnership interest purchase agreement. | 0.40 |

Total costs                                                                                                     $89.44

Total amount of this bill                                                                                  $6,011.94

I HEREBY CERTIFY THAT THE PRESENT INVOICE HAS NOT BEEN PAID. PLEASE INCLUDE INVOICE NUMBER.  THANK YOU.