IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

ALFONSO A HERNANDEZ ORTIZ

XXX-XX-1546

Debtor(s)

CASE NO. 97-14400 ESL

Chapter 7

**FILED & ENTERED ON 5/2/2016**

### ORDER

The application for allowance of compensation filed by ISABEL M FULLANA in the amount of $6,011.94 (docket #1312), having been duly notified to all parties in interest, and no timely replies or objections having been filed, it is now

ORDERED that said motion be and is hereby granted.

In San Juan, Puerto Rico, this 02nd day of May, 2016.

Enrique S. Lamoutte Inclan
U.S. Bankruptcy Judge

C: DEBTOR(S)
JEAN PHILIP GAUTHIER INESTA
Wigberto Lugo Mender
US TRUSTEE
ISABEL M FULLANA
FINANCE DEPT.